UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN-PAUL PRENTICE, et al.,

               Plaintiff,

      v.

WELLS FARGO BANK NA., et al.,

               Defendants.

Case No.  2:25-cv-01276-DJC-CKD (PS)

ORDER

(ECF No. 33.)

On December 11, 2025, the Magistrate Judge filed findings and recommendations (ECF No. 33), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On December 30, 2025, Plaintiff filed objections to the findings and recommendations (ECF No. 34), including objecting that Defendants violated Plaintiffs' rights under 15 U.S.C. § 1635(a), 12 C.F.R. § 226.15(a), and 12 C.F.R. § 226.15(b), that Defendants' contract violated public policy, The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.  The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and

1

recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 33) are ADOPTED IN FULL;

2. Defendants Leaf Filter North, LLC and Leaf Filter Int'l, Inc., and Wells Fargo's motion to dismiss (ECF No 13; ECF No. 16) are GRANTED without leave to amend.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/pren25cv1276.JO.obj

2